■ In the Matter of ALBERT ROBINSON, Petitioner, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent. [28 NYS3d 642]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent finding petitioner guilty of violating certain prison disciplinary rules.

Petitioner commenced this CPLR article 78 proceeding challenging a prison disciplinary determination. The Attorney General has advised this Court that the determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 surcharge has been refunded to petitioner's inmate account. In view of this, petitioner has received all of the relief to which he is entitled and the petition must be dismissed as moot (*see Matter of Kagan v Lewin*, 134 AD3d 1386 [2015]; *Matter of Burgess v Prack*, 134 AD3d 1339 [2015]).

Peters, P.J., Garry, Rose and Devine, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.